IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELVIN GRAYER, #08710**                                                                         **PETITIONER**

**v.**                                                                                    **NO. 1:17CV260-HSO-MTP**

**TROY PETERSON**                                                                                **RESPONDENT**

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte* for case management purposes. On May 22, 2018, the Clerk of Court attempted to mail an Order [16] to Petitioner at his address of record that directed him to respond to a Motion [15] to Dismiss. The Order [16], however, was returned as undeliverable. *See* Mail Return [17]. While, the mail was returned as undeliverable, it appears prison staff wrote on the envelope indicating that Petitioner was transferred to South Mississippi Correctional Institution ("S.M.C.I") and provided an address. *Id.*

Petitioner has a duty to advise the Court of his current address. While non-parties to this action have provided a possible location for Plaintiff, the Court requires that Petitioner update his own address as it is his duty to do so, and the Court is hesitant to accept this information from non-parties. This Court has informed Petitioner that his failure to advise this Court of his current address may result in this case being dismissed without further written notice. *See* Orders [4][5][8][11][13]. Out of an abundance of caution, the Court will mail a copy of this order to Petitioner at his address of record and to S.M.C.I. as provided on the envelope.

IT IS, THEREFORE, ORDERED that:

1. On or before June 22, 2018, Petitioner shall show cause why this action should not be dismissed for failure to comply with the Court's orders.

2. If Petitioner's current address has changed, Petitioner shall include his current

1

        address in the written response.

3.      Furthermore, Petitioner should respond to the Motion [15] to Dismiss or to Order [16] on or before June 22, 2018.

4.      The Clerk of Court is directed to forward a copy of Motion [15] with exhibits and Order[16] to Petitioner along with this order at:

        Melvin Grayer, #08710
        Central MS Correctional Facility
        B Bldg, B-Zone #60
        P.O. Box 88550
        Pearl, MS 39208

        and

        Melvin Grayer, #08710
        South Mississippi Correctional Institution
        P.O. Box 1419
        Leakesville, MS 39451

5.      Petitioner's failure to respond to this Order or otherwise respond may result in this action being dismissed without further notice.

SO ORDERED this the 6th day of June, 2018.

                                s/ Michael T. Parker
                                United States Magistrate Judge