# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELVIN GRAYER, #08710** | § | PETITIONER |
| | § | |
| v. | § | Civil No. 1:17cv260-HSO-MTP |
| | § | |
| **TROY PETERSON** | § | RESPONDENT |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [31] of United States Magistrate Judge Michael T. Parker, entered in this case on December 13, 2018, and on Respondent's Motion to Dismiss [15] filed on May 21, 2018. The Court, after a full review and consideration of Respondent's Motion to Dismiss [15], the Magistrate Judge's Report and Recommendation [31], Petitioner's Response [32], the record, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 18th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE