# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELVIN GRAYER, #08710** | § | **PETITIONER** |
| | § § § | |
| **v.** | § | **Civil No. 1:17cv260-HSO-MTP** |
| | § § § | |
| **TROY PETERSON** | § | **RESPONDENT** |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the RULES GOVERNING SECTION 2254 CASES FOR THE UNITED STATES DISTRICT COURTS, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: <u>January 18, 2019</u>   *s/ Halil Suleyman Ozerden*
　　　　　　　　　　　　　　　　HALIL SULEYMAN OZERDEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE